IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No.  10-cv-00917-WDM-KLM

CHERI L. WALKER,

    Plaintiff(s),

v.

UNITED RESOURCE SYSTEMS, INC.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion to amend complaint is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: November 3, 2010

                                            s/ Jane Trexler, Judicial Assistant